ORIGINAL

FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0516

_____

THERMAL DESIGN, INC., a Nebraska Corporation,

Plaintiff and Appellee,

v.

MARK DUFFY, an individual; PAM DUFFY, an individual; CENTRL COPTERS, INC., a Montana corporation,

Defendants and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building Systems, a general partnership; TRAVIS THORSON, an individual, d/b/a TNT Building Systems, a general partnership; STEEL CONCEPTS, LLC, an Idaho limited liability company; and STEVE LARSON, an individual,

Defendants.

_____

MARK and PAM DUFFY, a married couple and CENTRAL COPTERS, INC.,

Counterclaim Plaintiffs,

v.

THERMAL DESIGN, INC., a Nebraska corporation,

Counterclaim Defendants.

_____

MARK and PAM DUFFY, a married couple, and CENTRAL COPTERS, INC.,

Crossclaim Plaintiffs,

v.

FILED

2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana


FILED

MAY 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

STEVE THORSON, an individual, d/b/a TNT
Building Systems, a general partnership; TRAVIS
THORSON, an individual, d/b/a TNT Building
Systems, a general partnership,

Crossclaim Defendants.

This Court reviews briefs to ensure compliance with Rules 10, 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Steve and Travis Thorson's response brief filed on May 4, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, Thorsons' response brief is missing several features that make it fail to meet the minimal requirements for filing.

The cover page of the brief must include the names and contact information for all the parties' counsel and identify who that counsel represents. Thorsons' cover sheet needs to include this contact information for the other parties' counsel. *See* M. R. App.. P. 11(6)(b)(v).

Copies of all papers filed must also be served on all other parties to the appeal. Without a certificate of service, this Court is unable to determine whether the other parties and their counsel received copies of Thorsons' Response Brief. Thorsons need to serve their response brief on the counsel for the other parties in this case and attach a certificate of service to their corrected filing. *See* M. R. App.. P. 10(2).

The statement of the facts in the brief must reference the record from the case below, and the argument must contain references to supporting authority. Thorsons' brief contains no reference to the record and no citation to legal authority, and their revised brief should correct this to the extent possible. *See* M. R. App. P. 12(1)(d)-(g).

The requirements for formatting and content of Supreme Court briefs are explained in the Civil Appellate Handbook, which the Court will provide for Thorsons'

guidance in revising their opening brief.

Finally, we note that while Steve and Travis Thorson may appear in this matter on behalf of themselves as individuals, they may not represent the interests of TNT Building Systems as a general partnership. Corporations and partnerships may appear only by an attorney and not through individual members.

Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Steve Thorson and Travis Thorson, to mail Thorsons a copy of this Court's Civil Appellate Handbook, and to mail a true copy of this Order to all counsel upon whom the brief was served and counsel of record.

DATED this 4th day of May, 2022.

For the Court,

By_____
Justice

3